[No. 49247-1-I.   Division One.   October 7, 2002.]

DAVID B. SWANSON, ET AL., *Respondents*, v. ROBIN C. BUERKI III, ET AL., *Appellants*.

Appeal from judgments of the Superior Court for King County, No. 00-2-11274-2, Mary Yu, J., entered November 8 and December 5, 2000. *Affirmed* by unpublished opinion per Becker, C.J., concurred in by Grosse and Cox, JJ.

[No. 49382-5-I.   Division One.   October 7, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. SAMUEL ALSTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-08174-6, Ann Schindler, J., entered October 1, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 20312-3-III.   Division Three.   October 8, 2002.]

STEPHEN HENDERSON, ET AL., *Respondents*, v. YORWAY CONTRACTING SERVICES, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Chelan County, No. 98-2-00722-7, Lesley A. Allan, J., entered June 19, 2001. *Affirmed* by unpublished opinion per Brown, C.J., concurred in by Kurtz and Kato, JJ.

[No. 20202-0-III.   Division Three.   October 10, 2002.]

THE CITY OF CHENEY, *Appellant*, v. JEROME D. GARDNER, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 99-2-03548-2, Kathleen M. O'Connor, J., entered May 1, 2001. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, C.J., and Schultheis, J.